

FILED
CLERK, U.S. DISTRICT COURT
JUN - 6 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ARTURO AVILA-TRUJILLO,<br><br>               Plaintiff,<br>vs.<br><br>MARCOS QUINTERO; ANA RICARDO; MAYEYO PROMOTIONS and DOES 1 TO 5,<br><br>               Defendants. | Case No.: CV14-2634PA(CWx)<br><br>[PROPOSED]<br>**PERMANENT INJUNCTION AGAINST DEFENDANTS** |


FILED
CLERK, U.S. DISTRICT COURT
JUN - 6 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ARTURO AVILA-TRUJILLO,<br><br>               Plaintiff,<br>vs.<br><br>MARCOS QUINTERO; ANA RICARDO; MAYEYO PROMOTIONS and DOES 1 TO 5,<br><br>               Defendants. | Case No.: CV14-2634PA(CWx)<br><br>[PROPOSED]<br>**PERMANENT INJUNCTION AGAINST DEFENDANTS** |

The parties having stipulated to entry of this Permanent Injunction against Defendants, Marcos Quintero, Ana Ricardo and Mayeyo Promotions ("Defendants") and this court having considered the stipulation of the parties, the file in this matter and good cause appearing:

**IT IS HEREBY ORDERED that**

1. That Defendants and all of their respective agents, servants, employees, officers, and representatives, promoters and all other persons acting in concert or participation with each of them, shall be and hereby are forever restrained and enjoined from directly or indirectly infringing in any manner any of Avila-Trujillo's trademark, service mark and name (whether now in existence or hereafter created), including without limitation the following:

    (a) Using the name "Banda Macho" or any confusing similar or colorable imitation of the name, including "Banda Mach" in connection with advertising in any form, or in connection with the goods or services of Defendants or any of them.

    (b) Using the name "Banda Machos" or any confusing similar colorable imitation of the name, including "Banda Mach" in any manner for the purpose of enhancing the commercial value of the goods or services of Defendants;

    (c) Using Banda Machos' sound recordings to advertise any and all performances by Defendants;

    (d) Otherwise infringing or diluting the distinctive quality of Avila-Trujillo's service mark and trade name "Banda Machos";

    (e) Causing a likelihood of confusion, deception or mistake as to the makeup, source, nature or quality of Avila-Trujillo's or Defendants' services.

    (f)  Contacting promoters, advertisers or other businesses for the purpose of offering the services of Defendants as "Banda Machos" or any confusing similar or colorable imitation of the name, including "Banda Mach".

  2.  Defendants have been properly and validly served with a copy of the Summons and Complaint in this action, and is subject to the jurisdiction of the Court. Defendant, permanently, irrevocably, and fully waives any right to contest service on them of the Summons and Complaint in this action, and further acknowledge that they are subject to the jurisdiction of this Court, including for enforcement of the Judgment and Permanent Injunction as to any and all conduct by Defendant in violation of the Judgment and Permanent Injunction.

  3.  Defendants permanently, irrevocably, and fully waive notice of Entry of the Judgment and Permanent Injunction and notice and service of the entered Judgment and Permanent injunction, and understand and agree that violation of the Judgment and Permanent Injunction will expose Defendants to all penalties provided by law, including for contempt of Court. Defendants agree forthwith to give notice of this Judgment and Permanent Injunction to all of their agents, servants, employees, assigns, partners, owners, alter egos, affiliates, all entities through which they conduct business, representatives, promoters, successors, licensees, and all those acting in concert or participation with each or any of them.

  4.  Defendants permanently, irrevocably, and fully waive any and all right to appeal the Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

  5.  Nothing contained in the Judgment and Permanent Injunction shall

limit the right of Plaintiff to recover damages for any and all violations or infringements by Defendants of any of Plaintiff's rights under state, federal, international, or foreign law occurring after the date Defendants execute this Stipulation to Judgment and Permanent Injunction.

6. Defendants acknowledge that Defendants have read this Stipulation to Judgment and Permanent Injunction; and the attached [Proposed] Judgment and Permanent Injunction, has had the opportunity to have them explained by counsel of Defendants' choosing, fully understand them and agree to be bound thereby, and will not deny the truth or accuracy of any term or provision herein.

7. Plaintiff shall not be required to post any bond or security, and Defendants permanently, irrevocably, and fully waive any right to request a bond or any other security.

8. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this final Judgment and the Permanent Injunction.

**IT IS SO ORDERED.**

Dated: June 6, 2014

_____
Hon. Percy Anderson
UNITED STATES DISTRICT JUDGE